IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                                                  CRIMINAL 10-0412CCC

1) JOSE A. RODRIGUEZ-LESPIER
2) ROLANDO NATAL-SABATER
3) RENE RAMIREZ-ALZAMORA
4) RUBEN FERNANDEZ-LOPEZ
5) MANUEL PEREZ-HUERTAS
6) MAGALI L. FERNANDEZ-LOPEZ
7) MELISSA MADERA-LABOY
8) CARLOS D. MARTINEZ-MENDOZA
9) ERIC C. GONZALEZ-MELENDEZ
10) WILFREDO LOPEZ-MARTINEZ
11) CARLOS RIVERA-VELAZQUEZ
**12) CRISTOBAL MUÑOZ-GARCIA**
13) JOSE M. ALBIZU-RIVERA
14) JUAN M. LOPEZ-COLON
15) JOSE A. COSME-MALDONADO
16) RUFINO COLON-PEREZ
17) MARIA L. COLON-VEGA
18) EDWIN GARCIA-RIOS
19) WILLIAM FLORES-LESPIER
20) RAFAEL IRIZARRY-SANTOS
21) WILLIAM ROSADO-GUZMAN
22) NIURKA M. MUÑOZ-GOMEZ
23) JOSE M. GOMEZ-ZALDO
24) CARLOS R. RODRIGUEZ-VEGA
25) SANTOS R. MONTES-MONTALVO
26) SOTERO GONZALEZ-LOPEZ
27) FELIX MALDONADO-RIOS
28) ERIC HIRAM GONZALEZ-CHACON
29) JOSE M. FELICIANO-RIVERA
30) JOSE E. LOPEZ-MIRANDA
31) MELVIN J. OJEDA-VAZQUEZ
32) JAVIER O. PEREZ-HERNANDEZ
33) GUSTAVO A. VELEZ-OQUENDO
34) LORIMAR SANTIAGO-RODRIGUEZ

Defendants

**ORDER**

Having considered the Report and Recommendation filed on July 15, 2013 (**docket entry 1230**) on a Rule 11 proceeding of defendant Cristóbal Muñoz-García (12) held before U.S. Magistrate Judge Marcos E. López on July 15, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The

CRIMINAL 10-0412CCC                    2

Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 15, 2013.  The **sentencing hearing is set for October 29, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 5, 2013.

                                              S/CARMEN CONSUELO CEREZO
                                              United States District Judge